UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FINANCE ONE, INC.,                              :

               Plaintiff,              :

      -against-                                       :                                ORDER

SUK BONG CHANG, ET AL.,              :               09 Civ. 4289 (CM)(KNF)

              Defendants.            :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on January 4, 2010, at 2:30 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       December 22, 2009         SO ORDERED:

                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 12/22/09]